IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| WILLIAM McCUTCHEON, | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| VS. | ) No. 1-05-1185-T |
| | ) **Jury Demanded** |
| WAL-MART STORES, INC., | ) |
| | ) |
| **Defendant.** | ) |

### ORDER FOR SPECIAL ADMISSION PRO HAC VICE

It appears to the Court that defendant's counsel, Greg Callaway, has moved this Court for special permission to practice pro hac vice in the United States District Court for the Western District, Eastern Division of Tennessee in this case. In accordance with Local Rule 83.1, movant has submitted all required documentation and fees for pro hac vice special admission, and that said Motion is well taken and should be granted.

It is therefore **ORDERED** that movant, Greg Callaway's, Motion is hereby granted and that he is admitted for special practice pro hac vice for the above-captioned case.

IT IS SO ORDERED this 15th day of July, 2005.

_____
U.S. DISTRICT COURT JUDGE

APPROVED FOR ENTRY:

_____
Greg Callaway, No. 18575
HOWELL & FISHER, PLLC
Court Square Building
300 James Robertson Parkway
Nashville, TN 37201-1107
615/244-3370
Attorney for Wal-Mart Stores, Inc.

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 07-15-05

Dockets.Justia.com

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was served via U.S. Mail postage prepaid upon Scott G. Kirk, P.O. Box 182, 120 South Liberty, Jackson, TN 38301, on this __13__ day of July, 2005.

F:\GWC\McCutcheon.William\Order for Admission of Pro Hac Vice.wpd

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 4 in case 1:05-CV-01185 was distributed by fax, mail, or direct printing on July 18, 2005 to the parties listed.

---

Greg Callaway
HOWELL & FISHER, PLLC
Court Square Bldg.
300 James Robertson Pkwy.
Nashville, TN 37201--110

Scott G. Kirk
LAW OFFICE OF GEORGE L. MORRISON, III
P.O. Box 182
Jackson, TN 38302--018

Honorable James Todd
US DISTRICT COURT