# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### EASTERN DIVISION

WILLIAM McCUTCHEON,                      )
                                         )
    Plaintiff,                       )
                                         )
VS.                                      )   No. 1-05-1185-T
                                         )   **Jury Demanded**
WAL-MART STORES, INC.,                   )   **Judge Todd**
                                         )   **Magistrate Anderson**
    Defendant.                       )

## STIPULATION AND ORDER

It appears to the Court, as evidenced by the signatures of counsel below, that Wal-Mart Stores East, LP should be substituted as the applicable entity in the place of Wal-Mart Stores, Inc. As of February 1, 2002, the operation and obligations of the Paris, Tennessee Wal-Mart were transferred to Wal-Mart Stores East, LP, a Delaware Limited Partnership.

It is therefore **ORDERED** that Wal-Mart Stores East, LP is hereby substituted in place of Wal-Mart Stores, Inc. as the proper named defendant.

**IT IS SO ORDERED** this 15th day of September, 2005.

_____
**U.S. DISTRICT COURT JUDGE TODD**

This document entered on the docket sheet In compliance
with Rule 55 and/or 32(b) FRCrP on ___09-16-05___

(7)

**APPROVED FOR ENTRY:**

Greg Callaway, No. 15575
HOWELL & FISHER, PLLC
Court Square Building
300 James Robertson Parkway
Nashville, TN 37201-1107
(615) 244-3370
Attorney for Defendant,
Wal-Mart Stores East, LP

*G.C. w/ PERMISSION*
*GRANTED 9.9.05*

Scott G. Kirk, No 13854
120 South Liberty Street
P.O. Box 182
Jackson, TN 38302
(731) 422-1635
Attorney for Plaintiff

F:\JWC\McCutcheon.William.stipulation.wpd

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 7 in case 1:05-CV-01185 was distributed by fax, mail, or direct printing on September 16, 2005 to the parties listed.

Scott G. Kirk
LAW OFFICE OF GEORGE L. MORRISON, III
P.O. Box 182
Jackson, TN 38302--018

Greg Callaway
HOWELL & FISHER, PLLC
Court Square Bldg.
300 James Robertson Pkwy.
Nashville, TN 37201--110

Honorable James Todd
US DISTRICT COURT