# United States District Court
### WESTERN DISTRICT OF TENNESSEE
### Eastern Division

WILLIAM McCUTCHEON                    **JUDGMENT IN A CIVIL CASE**

v.

WAL-MART STORES, INC.                 CASE NUMBER:  05-1185-T/An

**Decision by Court.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that pursuant to notification by the plaintiff that this matter has been settled, this case is hereby DISMISSED.

APPROVED:

_____
JAMES D. TODD
UNITED STATES DISTRICT JUDGE


THOMAS M. GOULD
CLERK

_____10/18/05_____     BY:  ____C. Hurd____
DATE                           DEPUTY CLERK

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on  10-19-05  .

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 11 in case 1:05-CV-01185 was distributed by fax, mail, or direct printing on October 19, 2005 to the parties listed.

---

Greg Callaway
HOWELL & FISHER, PLLC
Court Square Bldg.
300 James Robertson Pkwy.
Nashville, TN 37201--110

Scott G. Kirk
LAW OFFICE OF GEORGE L. MORRISON, III
P.O. Box 182
Jackson, TN 38302--018

Honorable James Todd
US DISTRICT COURT